# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| BERTHA SMITH, | ) | Case No. 12-13831-FJB |
|     Debtor. | ) | |
| | ) | |
| BERTHA SMITH, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding |
| | ) | No. 12-01220-FJB |
| UNITED STATES DEPARTMENT | ) | |
| OF EDUCATION, | ) | |
|     Defendant. | ) | |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Bertha Smith ("Plaintiff"), the Debtor in the above-referenced Chapter 7 proceeding, hereby submits notice to this Court of a recent decision by the United States Bankruptcy Appellate Panel for the Eighth Circuit in *Conway v. Nat'l Collegiate Trust (In re Conway)*, No. 13-6016, 2013 WL 4437070 (B.A.P. 8th Cir. Aug. 21, 2013), that was issued after the submission of post-trial proposed findings of fact and conclusions of law in this matter. A copy of the *Conway* opinion is attached hereto as Exhibit A.

37724030_1

Dated: Boston, Massachusetts
      August 22, 2013

Respectfully submitted,

*/s/ Steven T. Hoort*_____
Steven T. Hoort (BBO No. 239380)
R. Hardin Matthews (BBO No. 325020)
Alyssa Kollmeyer (BBO No. 682437)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Tel: (617) 951-7000
Fax: (617) 951-7050

E-mail:
    steven.hoort@ropesgray.com
    hardin.matthews@ropesgray.com
    alyssa.kollmeyer@ropesgray.com

COUNSEL TO THE DEBTOR